**In re the Petition for DISCIPLINARY ACTION AGAINST Harlan P. KLEIN, an Attorney at Law of the State of Minnesota.**

**No. C5–88–1968.**

Supreme Court of Minnesota.

March 4, 1991.

### ORDER

WHEREAS, the petitioner, Harlan P. Klein, was indefinitely suspended from the practice of law by order of this court dated July 14, 1989, and

WHEREAS, the petitioner now has furnished this court with evidence of his compliance with all of the conditions of reinstatement stated in said order,

NOW, THEREFORE, IT IS ORDERED that the petition of Harlan P. Klein for

---

reinstatement to the practice of law hereby is granted.